UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOAR, INC.,                                    24-cv-789 (JGK)

                          Plaintiff,           ORDER

              - against -

TRANSTATE EQUIPMENT COMPANY, INC.,

                          Defendant.

JOHN G. KOELTL, District Judge:

     The Court has signed the Confidential Settlement Agreement
and General Release. ECF No. 22-1. The document is redacted solely
to redact confidential bank account information.

     The Clerk is directed to strike document number 19 from the
docket but retain the summary docket text for the record.

     The Clerk is directed to enter judgment dismissing this case
with prejudice subject to the terms of the Settlement Agreement.

     The Clerk is directed to close this case.

SO ORDERED.

Dated:   New York, New York
         May 9, 2024

                                   _____
                                        John G. Koeltl
                                   United States District Judge