**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DOAR, INC.,

                    Plaintiff,

    -against-                                           24 **CIVIL** 0789 (JGK)

                                                         **JUDGMENT**

TRANSTATE EQUIPMENT COMPANY, INC.,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 09, 2024, the Court has signed the Confidential Settlement Agreement and General Release and dismisses this action with prejudice subject to the terms of the Settlement Agreement; accordingly, the case is closed.

**Dated:** New York, New York

    May 10, 2024

                                                         **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                        **BY:**

                                                           **Deputy Clerk**